

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2016

No. 04-15-00806-CR

Michael Wilfred **LAFLAMME,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013CRW160-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The appellant's second motion for extension of time to file their brief is granted. The appellant's brief is due on July 13, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court